UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-25059-CV-WILLIAMS

SUBHOJIT DAS,

    Plaintiff,

v.

MSC CRUISE MANAGEMENT (UK) LTD., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Enjoliqué Lett's Report and Recommendations (DE 30) ("***Report***") on Defendants' Motion to Dismiss (DE 21) ("***Motion***"). In the Report, Judge Lett recommends that the Motion be granted, and that Plaintiff's Complaint be dismissed. Specifically, Judge Lett finds that the Court "lacks both subject matter and personal jurisdiction to grant the relief sought by Plaintiff." (DE 30 at 16). Judge Lett explains that England is the primary jurisdiction for this action. (*Id.* at 30). Moreover, the named Defendants do not have "sufficient ties to Florida for an exercise of personal jurisdiction." (*Id.* at 14). No objections were filed to the Report, and the time to object has passed.[1]

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Lett's Report (DE 30) is **AFFIRMED AND ADOPTED**.

---

[1] The Report was filed on February 5, 2026. As Judge Lett explained in her Report, "a party may serve and file specific written objections to the proposed findings and recommendations" within fourteen days of being served with a copy of the Report. Accordingly, Plaintiff needed to file any objections on or before February 19, 2026.

    2.    Defendants' Motion to Dismiss (DE 21) is **GRANTED**.

    3.    This matter is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>24th</u> day of February, 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE